**DISMISS; Opinion Filed December 1, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01764-CV

**PAIN CONTROL INSTITUTE, INC., Appellant**
**V.**
**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13599**

## MEMORANDUM OPINION

Before Justices FitzGerald, Evans, and Brown
Opinion by Justice Evans

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P.42.1(a)(1).


/ David Evans/
DAVID EVANS
131764F.P05                                JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAIN CONTROL INSTITUTE, INC.,
Appellant

No. 05-13-01764-CV      V.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,
Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-13599
Opinion delivered by Justice Evans, Justices
FitzGerald and Brown participating.

     In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

     It is **ORDERED** that appellee Allstate Property and Casualty Insurance Company recover its costs of this appeal from appellant Pain Control Institute, Inc.

Judgment entered this 1st day of December, 2014.